RECEIVED
MAR 31 2010
AT 8:30 ____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Hon. Freda L. Wolfson |
| v. | : |
| | : No. 09-cr-455 (FLW) |
| SIR JOHN RAGLAND | : |
| | : ORDER FOR CONTINUANCE |

An indictment charging defendant Sir John Ragland with two counts of distribution of 50 grams or more of a substance or mixture containing cocaine base, that is "crack cocaine," in violation of Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(A), having been represented by Kevin Carlucci, Esq. appearing before the Court on June 30, 2009 for arraignment, no bail having been set by the Court; and defendant and his counsel being aware that a trial must be held within 70 days of the filing of the indictment on this charge, pursuant to Title 18, United States Code, Section 3161(b); and three continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), so that the parties could attempt to reach a plea agreement; the Government and the defendant hereby request a continuance pursuant to Title 18, United States Code, Section 3161(h)(7)(A) in order to permit the time necessary to afford the parties the opportunity to reach plea agreements which would thereby render trial of this matter unnecessary;

IT IS on this 31st day of March, 2010

ORDERED that from the date this Order is entered, to and including April 30, 2010, shall be excluded in calculating the time within which a trial must be held under the Speedy Trial Act for the following reasons:

1. Plea negotiations currently are in progress, and both the United States and defendants desire additional time to negotiate pleas in Court, which would thereby render trial of this matter unnecessary.

2. Pursuant to Title 18, United States Code, Section 3161(h)(7)(A), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

SEEN AND AGREED:

_____
David L. Foster
Assistant U.S. Attorney

_____
Kevin Carlucci, Esq.
Counsel for Sir John Ragland

_____
Sir John Ragland

_____
Honorable Freda L. Wolfson
United States District Judge